

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/24/2011

| | |
|---|---|
| IN RE: § | |
| § | |
| CHEN'S BROTHERS ENTERPRISE, L.P., § | CASE NO. 11-37499-H1-11 |
| § | |
| DEBTOR. § | |

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR ORDER (I) AUTHORIZING DEBTOR TO FURNISH CASH DEPOSIT FOR ADEQUATE ASSURANCE OF UTILITY SERVICE UNDER 11 U.S.C. §366 AND (II) PROHIBITING UTILITY COMPANIES FROM DISCONTINUING SERVICES**

Came for consideration Debtor's Expedited Motion for Order (I) Authorizing Debtor to Furnish Cash Deposit for Adequate Assurance of Utility Service Under 11 U.S.C. §366 and (II) Prohibiting Utility Companies from Discontinuing Services, by Chen's Brothers Enterprise, L.P., Debtor and Debtor-in-Possession, seeking authority to pay $1,200.00 per account to each of the Utility Companies, AmeriPower, LLC and Cypress Forest PUD and prohibiting the Utility Companies from altering, refusing or discontinuing services on account of prepetition invoices; therefore it is

ORDERED, that Chen's Brothers Enterprise, L.P., Debtor and Debtor-in-Possession, herein, is authorized to pay a $1,200.00 deposit to provide adequate assurance to both AmeriPower, LLC and Cypress Forest PUD for its utility accounts; it is further

ORDERED that AmeriPower, LLC and Cypress Forest PUD are prohibited from altering, refusing or discontinuing services on account of prepetition invoices for Chen's Brothers Enterprise, L.P., Debtor and Debtor-in-Possession.

DATED: 9-22-11

UNITED STATES BANKRUPTCY JUDGE